# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

UNITED STATES OF AMERICA  　　　　　　　　Case No.: 6:12−cr−00578−AA
Plaintiff(s),

v.

**RICHARD L OBERDORFER**
Defendant(s).

_____/

### Criminal Case Assignment Order

　　**(a)　Presiding Judge:** The above referenced case has been filed in the Eugene Division of the U.S. District Court for the District of Oregon and assigned for all further proceedings to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Hon. Ann Aiken
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . AA
>
> *These letters must follow the case number on all future filings.

　　**(b)　Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

>　　Luci Graham
>　　Telephone: (541) 431−4102
>　　Email: luci_graham@ord.uscourts.gov

　　**(c)　Case Administrator/Docket Clerk:** Questions about CM/ECF filings or docket entries in this matter should be directed to:

>　　Sheryl Nogelmeier
>　　Telephone: (541) 431−4104
>　　Email: sheryl_nogelmeier.uscourts.gov

　　**(d)　Place of Filing:** All non−electronic filings must be submitted to the Clerk of Court, Wayne L. Morse Courthouse, 405 East Eighth Ave., Eugene, OR, 97401. (See LR 3−3 and LR 100−5).

　　**(e)　District Court Website:** Information about local rules of practice; CM/ECF electronic filing requirements; responsibility to redact personal identifiers from pleadings, motions, and other papers; and other related court information can be accessed on the court's website at ord.uscourts.gov.

**DATED:　October 31, 2012.**　　　　　　　　　**MARY L. MORAN,**
　　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　　　by:　/s/ S. Nogelmeier
　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　S. Nogelmeier, Deputy Clerk